UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ACKNOWLEDGED. Case is
dismissed with prejudice.
DATED: May 20, 2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Elaine Ackley– Case No. 1:20-cv-6178-RLY-TAB

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Case Management Order

No. 28, Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action with

prejudice.  Each party shall bear its own fees and costs.

Dated:  May 15, 2026

/s/_Theresa M. Walsh_____
Theresa M Walsh
Brown Chiari, LLP
2470 Waldon Avenue
Buffalo, New York 14225
Telephone:
Facsimile:
Email: twalsh@brownchiari.com

/s/_Andrea Roberts Pierson_____
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: andrea.pierson@faegredrinker.com

***Attorney for Plaintiffs***

***Attorney for Defendants***